UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:21-cv-00014-D

| | |
|---|---|
| BETH TANNER, MELISSA BARBOUR, and LUCAS MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, in his official capacity as Governor of North Carolina, DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Special Deputy Attorney General Terence Steed of the North Carolina Department of Justice enters his appearance as counsel in this matter on behalf of Defendants Roy Cooper, Damon Circosta, Stella Anderson, Jeff Carmon, III, and Karen Brinson Bell.

This the 13th day of January, 2021.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
Special Litigation Section
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6567
Facsimile: (919) 716-6761
E-mail: tsteed@ncdoj.gov