# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| Beth Tanner et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 5:21-cv-00014-D |
| Roy Cooper et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Beth Tanner, Melissa Barbour, Lucas Miller.

Date: 01/13/2021

/s/ Joshua Howard
*Attorney's signature*

Joshua Howard, State Bar No. 26902
*Printed name and bar number*

Gammon, Howard & Zeszotarski, PLLC
115 1/2 West Morgan Street
Raleigh, NC 27601
*Address*

jhoward@ghz-law.com
*E-mail address*

(919) 521-5878
*Telephone number*

(919) 882-1898
*FAX number*