UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:21-cv-00014-D

| | |
|---|---|
| BETH TANNER, MELISSA BARBOUR, and LUCAS MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>ROY COOPER, in his official capacity as Governor of North Carolina, DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,<br><br>Defendants. | **PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER** |

For the reasons set forth in the accompanying Memorandum, Plaintiffs Beth Tanner, Melissa Barbour, and Lucas Miller, respectfully request that this Court enter a temporary restraining order prohibiting Defendants from enforcing and

distributing the Numbered Memoranda at issue in the case, in violation of the Constitution of the United States.

Plaintiffs have been in regular contact with counsel for Defendants regarding the Complaint, service of the Complaint, and this Motion. **Defense counsel has indicated they would like to respond in writing and would request seven days to make such a response.** Plaintiffs note the Wake County Bar "straw poll" which the Governor must give "due consideration" before appointing someone to the relevant seat is scheduled for January 26, 2021.

Respectfully submitted, this the 15th day of January, 2021.

/s/   Joshua Howard
Joshua Howard
NC Bar No. 26902
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
Fax:  (919) 882-1898
jhoward@ghz-law.com
Counsel for Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing MOTION through email and the electronic service function of the Court's electronic filing system, as follows:

Terrance Steed
N.C. Dept. of Justice
PO Box 629
Raleigh, NC 27602
tsteed@ncdoj.gov

Katelyn Love
430 N. Salisbury St.
Raleigh, NC 27603
katelyn.love@ncsbe.gov

This the 15th day of January, 2021.

/s/ Joshua Howard
Counsel for Plaintiffs