IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-14-D

BETH TANNER, MELISSA BARBOUR, )
and LUCAS MILLER, )
 )
                Plaintiffs, )
 )
               v. )          **ORDER**
 )
ROY COOPER, in his official capacity as )
Governor of North Carolina, et al., )
 )
                Defendants. )

Defendants' response to plaintiffs' motion for a temporary restraining order is due not later than 5:00 p.m. on January 19, 2021. Any reply is due not later than 5:00 p.m. on January 20, 2021.

SO ORDERED. This 15 day of January 2021.

                                            JAMES C. DEVER III
                                            United States District Judge