IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-14-D

| | | |
|---|---|---|
| BETH TANNER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROY COOPER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court will hold a hearing on plaintiffs' motion for a temporary restraining order on January 22, 2021, at 1:00 p.m. in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 21 day of January 2021.

JAMES C. DEVER III
United States District Judge