IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-14-D

BETH TANNER, et al.,                  )
                                      )
              Plaintiffs,             )
                                      )
      v.                              )          **ORDER**
                                      )
ROY COOPER, et al.,                   )
                                      )
              Defendants.             )

On January 22, 2021, the court held a hearing on plaintiffs' motion for a temporary restraining order. As explained in open court and incorporated by reference, plaintiffs failed to meet the standard necessary for a temporary restraining order. Thus, the court DENIES plaintiffs' motion for a temporary restraining order [D.E. 8].

SO ORDERED. This _22_ day of January 2021.

JAMES C. DEVER III
United States District Judge