UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:21-cv-00014-D

BETH TANNER, MELISSA BARBOUR, and LUCAS MILLER,

    Plaintiffs,

v.

ROY COOPER, in his official capacity as Governor of North Carolina, DAMON CIRCOSTA, in his official capacity as Chair of the North Carolina State Board of Elections, STELLA ANDERSON, in her official capacity as a member of the North Carolina State Board of Elections, JEFF CARMON, III, in his official capacity as a member of the North Carolina State Board of Elections, and KAREN BRINSON BELL, in her official capacity as the Executive Director of the North Carolina State Board of Elections,

    Defendants.

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COME Plaintiffs, Beth Tanner, Melissa Barbour, and Lucas Miller, by and through undersigned counsel, and respectfully submits this notice that the

above-captioned action is voluntarily dismissed, without prejudice against all defendants pursuant to Fed. R. Civ. Pro. 41(1)(a)(i).

Respectfully submitted, this the 2nd day of February, 2021.

/s/   Joshua Howard
Joshua Howard
NC Bar No. 26902
Gammon, Howard & Zeszotarski, PLLC
115 ½ West Morgan Street
Raleigh, NC  27601
(919) 521-5878
Fax:  (919) 882-1898
jhoward@ghz-law.com
Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing NOTICE through email and the electronic service function of the Court's electronic filing system, as follows:

Terrance Steed
N.C. Dept. of Justice
PO Box 629
Raleigh, NC 27602
tsteed@ncdoj.gov

Katelyn Love
430 N. Salisbury St.
Raleigh, NC 27603
katelyn.love@ncsbe.gov

This the 2nd day of February, 2021.

/s/   Joshua Howard
Counsel for Plaintiffs